1    JEFFREY D. GOLDMAN (Bar No. 155589),
     JGoldman@jmbm.com
2    RYAN S. MAUCK (Bar No. 223173), RMauck@jmbm.com
     BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
3    JEFFER MANGELS BUTLER & MITCHELL LLP
     1900 Avenue of the Stars, Seventh Floor
4    Los Angeles, California  90067-4308
     Telephone:      (310) 203-8080
5    Facsimile:      (310) 203-0567

6    Attorneys for Defendant UMG RECORDINGS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   RICK JAMES, by and through THE JAMES AMBROSE JOHNSON, JR. 1999 TRUST, his successor in interest, individually and on behalf of all others similarly situated, | CASE NO.  CV11-01613 SI |
| 12 | CASE NO.  CV11-02431 SI |
| 13 | CASE NO.  CV11-05321-SI |
| 14                Plaintiff, | CASE NO.  CV12-01289-JCS |
| 15      v. | CASE NO.  CV12-01305-SI |
| 16 | **STIPULATION TO CONSOLIDATE CASES** |
| 17   UMG RECORDINGS, INC., a Delaware corporation, | |
| 18 | |
| 19                Defendant. | |
| 20 | |

21   _____

22   ROB ZOMBIE, a/k/a Robert Wolfgang
     Zombie, f/k/a Robert Cummings; WHITE
23   ZOMBIE, a general partnership;
     WHITESNAKE, a doing business as
24   designation of David Coverdale, by and for
     WHITESNAKE PRODUCTIONS
25   (OVERSEAS) LIMITED; and DAVE MASON,
     individually and on behalf of all others
26   similarly situated,

27                Plaintiff

28       v.

PRINTED ON
RECYCLED PAPER

8660691v1

Stipulation to Consolidate Cases
11-1613/11-2431/11-5321/12-1289/12-1305

Jeffer Mangels
Butler & Mitchell LLP

JMBM

1

2     UMG RECORDINGS, INC., a Delaware corporation,

3                     Defendant.

4

5     CARLTON DOUGLAS RIDENHOUR, d/b/a "CHUCK D", INDIVIDUALLY AND AS A MEMBER OF "PUBLIC ENEMY", ON

6     BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

7                   Plaintiff,

8            v.

9

10    UMG RECORDINGS, INC., a Delaware corporation,

11                  Defendant.

12

13    OTIS WILLIAMS, RON TYSON, jointly d/b/a "THE TEMPTATIONS," on behalf of

14    themselves and all others similarly situated,

15                Plaintiff,

16           v.

17    UMG RECORDINGS, INC., a Delaware corporation,

18                  Defendant.

19

20    OTIS ROBERT HARRIS, JR., a.k.a. DAMON HARRIS, individually and on behalf of all

21    others similarly situated,

22                Plaintiff,

23           v.

24    UMG RECORDINGS, INC., a Delaware corporation,

25                  Defendant.

26

27

28

JMBM | Jeffer Mangels Butler & Mitchell LLP

1          This stipulation is based on the following facts:

2          1.      On March 27, 2012, this Court entered an order granting Plaintiff Otis Robert Harris,

3    Jr. a.k.a. Damon Harris's administrative motion to relate *Harris v. UMG Recordings, Inc.*, Case No.

4    CV12-01305-SI (the "Harris Action") with *Ridenhour v. UMG Recordings, Inc.*, Case No. CV11-

5    05321-SI (the "Ridenhour action"), *James v. UMG Recordings, Inc.*, Case No. CV11-01613 SI (the

6    "James Action") and *Zombie et al. v. UMG Recordings, Inc.*, Case No. CV11-02431 SI (the

7    "Zombie Action") [Docket No. 75].

8          2.      Defendant UMG Recordings, Inc. ("Defendant") is agreeable to consolidate the

9    Harris Action and *Williams et al. v. UMG Recordings, Inc.*, Case No. CV12-01289-JCS (the

10   "Williams Action") with the James Action, the Zombie Action and the Ridenhour Action solely for

11   administrative convenience and for no other reason, and on that basis is willing to stipulate to

12   consolidation, on the terms set out herein.

13         3.      The parties hereby agree and stipulate that the Harris Action and the Williams Action

14   may be consolidated for all purposes with the James Action, the Zombie Action and the Ridenhour

15   Action, pursuant to Fed. R. Civ. P. 42(a)(2).

16         4.      The parties agree and stipulate as a material condition of this stipulation that

17   consolidation of these five actions shall not be used or considered in any manner, directly or

18   indirectly, for any purpose unrelated to consolidation, including but not limited to in connection

19   with any motion concerning class certification.  The parties further agree that this stipulation is

20   without prejudice to Defendant's right to move to sever the actions at such time as Defendant deems

21   such a motion advisable, and Plaintiffs reserve the right to oppose that motion.

22         IT IS SO STIPULATED.

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER    8660691v1

- 3 -        Stipulation to Consolidate Cases
             11-1613/11-2431/11-5321/12-1289/12-1305

1  DATED:  April 10, 2012                DAVID M. GIVEN
                                         NICHOLAS A. CARLIN
2                                        ALEXANDER H. TUZIN
                                         PHILLIPS, ERLEWINE & GIVEN LLP
3

4
                                         By: /s/ David M. Given
5                                              DAVID M. GIVEN
                                         Attorneys for Plaintiffs in *James* and *Zombie*
6

7  DATED:  April 10, 2012                MICHAEL W. SOBOL
                                         ERIC B. FASTIFF
                                         ROGER N. HELLER
8                                        CECILIA HAN
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
9

10
                                         By: /s/ Michael W. Sobol
11                                             MICHAEL W. SOBOL
                                         Attorneys for Plaintiffs in *James* and *Zombie*
12

13  DATED:  April 10, 2012               MICHAEL P. LEHMANN
                                         BRUCE J. WECKER
14                                       ARTHUR N. BAILEY, JR.
                                         MICHAEL D. HAUSFELD
15                                       JAMES J. PIZZIRUSSO
                                         HAUSFELD LLP
16

17                                       By: /s/ Michael P. Lehmann
                                               MICHAEL P. LEHMANN
18                                       Attorneys for Plaintiffs in *Ridenhour* and *Williams*

19                                       BRUCE L. SIMON
                                         AARON M. SHEANIN
20                                       WILLIAM J. NEWSOM
                                         CLIFFORD H. PEARSON
21                                       DANIEL L. WARSHAW
                                         PEARSON, SIMON, WARSHAW & PENNY, LLP
22

23
                                         By: /s/ Bruce L. Simon
24                                             BRUCE L. SIMON
                                         Attorneys for Plaintiffs in *Ridenhour* and *Williams*
25

26

27

28

JMBM | Jeffer Mangels
       Butler & Mitchell LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  April 10, 2012                    EDGAR D. GANKENDORFF
                                          CHRISTOPHE BELA SZAPARY
                                          PROVOSTY & GANKENDORFF, L.L.C.


                                          By: /s/ Edgar D. Gankendorff
                                                  EDGAR D. GANKENDORFF
                                          Attorneys for Plaintiffs in *Ridenhour*


DATED:  April 10, 2012                    NEVILLE L. JOHNSON
                                          DOUGLAS L. JOHNSON
                                          JAMES T. RYAN
                                          JOHNSON & JOHNSON LLP


                                          By: /s/ Neville L. Johnson
                                                  NEVILLE L. JOHNSON
                                          Attorneys for Plaintiffs in *Williams*


DATED:  April 10, 2012                    R. ALEXANDER SAVERI
                                          CADIO ZIRPOLI
                                          MELISSA SHAPIRO
                                          SAVERI & SAVERI, INC.


                                          By: /s/ R. Alexander Saveri
                                                  R. ALEXANDER SAVERI
                                          Attorneys for Plaintiffs in *Harris*


DATED:  April 10, 2012                    BRYAN L. CLOBES
                                          CAFFERTY FAUCHER LLP


                                          By: /s/ Bryan L. Clobes
                                                  BRYAN L. CLOBES
                                          Attorneys for Plaintiffs in *Harris*


DATED:  April 10, 2012                    JEFFREY D. GOLDMAN
                                          RYAN S. MAUCK
                                          BRIAN M. YATES
                                          JEFFER MANGELS BUTLER & MITCHELL LLP


                                          By: /s/ Jeffrey D. Goldman
                                                  JEFFREY D. GOLDMAN
                                           Attorneys for Defendant *UMG Recordings, Inc.*

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON

RECYCLED PAPER

8660691v1

Stipulation to Consolidate Cases
11-1613/11-2431/11-5321/12-1289/12-1305